# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

DEBORAH WEST,           **Civil File No. 09-00092-DGK**

    Plaintiff,

vs.           **NOTICE OF DISMISSAL WITH PREJUDICE**

WEST ASSET MANAGEMENT, INC.,

    Defendant.

---

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

Dated: _03/09/09_          __/s/ J. Mark Meinhardt__
                                               J. Mark Meinhardt #53501
                                               4707 College Boulevard, Suite 100
                                               Leawood, KS 66211
                                               913-451-6163
                                               Fax 913-451-6163