IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

DEBORAH WEST,            )
                         )
        Plaintiff,    )
                         )
vs.                      )   No. 09-00092-CV-W-DGK
                         )
WEST ASSET MANAGEMENT, INC., )
                         )
        Defendant.    )

## ORDER

Having considered the Notice of Dismissal with Prejudice (Doc. #4), it is hereby

ORDERED that the case is dismissed with prejudice, with each party to bear their own costs and attorney's fees.

                                              /s/ Greg Kays
                                              GREG KAYS, JUDGE
                                              UNITED STATES DISTRICT COURT

Date: March 11, 2009